File Hashes for IP Address 98.193.64.201

**ISP:** Comcast Cable
**Physical Location:** Skokie, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/21/2013 16:48:37 | EB1D8E30226E7B9C3455D7CD255C56B979CF2670 | Afternoon Picnic |
| 02/21/2013 16:17:12 | 728CAE61541054A512F692033D7A5325A6C3DCBC | Deep Longing |
| 02/21/2013 15:53:09 | 271AF0B34BACB60E7B8820AC062C0868DF3CD2B8 | Sacred Romance |
| 02/21/2013 11:32:34 | 6A95B76DE0780E8FF2DC3C5DAFA52640C195CFE3 | Apartment in Madrid |
| 01/12/2013 06:12:25 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/11/2013 06:31:30 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 01/11/2013 06:31:07 | 42B6020EDD9A181AAC49EA6143D4EDF94146EDE0 | Pink Orgasm |
| 12/30/2012 19:19:16 | 74475594712AC0EAE673F1892E7F58B1EA9A7803 | Lipstick Lesbians |
| 12/30/2012 18:04:16 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |
| 12/30/2012 12:38:30 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 12/30/2012 12:09:55 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 12/30/2012 12:01:36 | 2B1803E8645E8A4781CD5DFAECCE96607E3E0FBC | Sent from Heaven |
| 12/30/2012 05:17:34 | 71AEB68DC3E0D49A67B65041360214F64907207E | A Girls Fantasy |
| 12/03/2012 10:07:13 | 983521F665994D86A0B672880A9FC4BF65C892E6 | Inside Perfection |
| 12/03/2012 09:32:40 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 10/30/2012 03:08:04 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 10/30/2012 02:53:55 | BCACC3C596F61D418DCFD40F511DF324A5C658C5 | Daydream |
| 10/30/2012 02:16:40 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/30/2012 01:40:27 | BCBC83747AC422A0E185E22168DC4818130271F3 | A Day to Remember |
| 10/30/2012 01:38:42 | 4359DC92664E77CD720AC1416D3700F179E303E6 | Flexible Beauty |
| 09/27/2012 14:07:20 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 09/27/2012 13:35:14 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 09/27/2012 13:25:23 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |

EXHIBIT A

NIL73

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/27/2012 12:14:28 | F8497BF9F7ED570C21B97E4AA792B9D4D4264019 | Russian Invasion |
| 09/27/2012 12:06:49 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |

**Total Statutory Claims Against Defendant: 25**

EXHIBIT A

NIL73