# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media LLC

                Plaintiff,

v.                                     Case No.: 1:13−cv−02708

                                          Honorable John J. Tharp Jr.

John Doe

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 1, 2013:

        MINUTE entry before Honorable John J. Tharp, Jr: Motion hearing held. Defendant did not appear. Plaintiff's motion to seal exhibit C to the complaint [17] is granted. The Clerk is ordered to seal plaintiff's Exhibit "C" of the complaint. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.